WILLIAM H. BRANDT, Respondent, *v.* LIZZIE M. MOSES, Impleaded, etc., Appellant.

(Submitted March 6, 1893; decided March 21, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made March 14, 1892, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Sidney H. Stuart* for appellant.

*George W. Carr* for plaintiff, respondent.

*Thomas C. Ennever* for defendants, respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____